# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RAUL ANDREW CASAREZ,<br>Aka Gabriel Angel Cazarez,<br>Aka Carlos Raul Iniguez,<br><br>Defendant. | Case No.: 2:15-cr- 168<br><br>ORDER FOR ISSUANCE OF WRIT OF HABEUS CORPUS AD PROSEDUENDUM FOR RAUL ANDREW CASAREZ (ID#) 41518-048 |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said **RAUL ANDREW CASAREZ** before the United States District Court at Las Vegas, Nevada, on Thursday, July 9, 2015, before Magistrate Judge Foley, Courtroom 3A at the hour of 3:00 p.m., for an initial appearance and arraignment and plea and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED: June 10, 2015

_____
UNITED STATES MAGISTRATE JUDGE

DANIEL G. BOGDEN
United States Attorney
District of Nevada
CHRISTINA BROWN
Assistant United States Attorney
333 Las Vegas Boulevard South
Suite 5000
Las Vegas, Nevada 89101
702-388-6336

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:15-cr- 168 |
| Plaintiff, | PETITION FOR WRIT OF HABEUS CORPUS AD PROSEQUENDUM FOR RAUL ANDREW CASAREZ (ID#) 41518-048 |
| vs. | |
| RAUL ANDREW CASAREZ, Aka Gabriel Angel Cazarez, Aka Carlos Raul Iniguez, | |
| Defendant. | |

The petition of the United States Attorney for the District of Nevada respectfully shows that **RAUL ANDREW CASAREZ**, is committed by due process of law in the custody of the Warden, US Penitentiary Atwater, Atwater, California, that it is necessary that the said **RAUL ANDREW CASAREZ** be temporarily released under a Writ of Habeas Corpus Ad Prosequendum so that the said **RAUL ANDREW CASAREZ** may be present before the United States District Court for the District of Nevada, Las Vegas, Nevada, on Thursday, July 9, 2015, before Magistrate Judge Foley, Courtroom 3A at the hour of 3:00 p.m., for an initial appearance and arraignment and plea and from time to time and day to day thereafter until excused by the said Court.

That the presence of the said **RAUL ANDREW CASAREZ** before the United States District Court on Thursday, July 9, 2015, before Magistrate Judge Foley, Courtroom 3A at the hour of 3:00 p.m., for an initial appearance and arraignment and plea ence of the said **RAUL ANDREW CASAREZ** before the United States District Court on and from time to time and day to day thereafter until excused by the Court has been ordered by the United States Magistrate or District Judge for the District of Nevada.

WHEREFORE, petitioner respectfully prays that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directed to the Warden, US P Atwater, Atwater, California, and to the United States Marshal for the District of Nevada, commanding them to produce the said **RAUL ANDREW CASAREZ** before the United States District Court on Thursday, July 9, 2015, before Magistrate Judge Foley, Courtroom 3A at the hour of 3:00 p.m., for an initial appearance and arraignment and plea and from time to time and day to day thereafter, at such times and places as may be ordered and directed by the Court entitled above, to appear before the Court, and when excused by the said Court, to be returned to the custody of the Warden, USP Atwater, Atwater, California.

DATED this 10th day of June, 2015

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

CHRISTINA BROWN
Assistant United States Attorney

2