# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>RAUL ANDREW CASAREZ,<br><br>                    Defendant. | 2:15-cr-00168-KJD-VCF<br>**ORDER** |

Before the court is the Motion to Suppress Physical and Testimonial Evidence Due to Fourth and Fifth Amendment Violations (#15).

IT IS HEREBY ORDERED that an evidentiary hearing on the Motion to Suppress Physical and Testimonial Evidence Due to Fourth and Fifth Amendment Violations (#15) is scheduled for 10:00 a.m., October 16, 2015, in courtroom 3D.

The U.S. Marshal is directed to transport defendant to and from the hearing.

DATED this 28th day of August, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE