DANIEL G. BOGDEN
United States Attorney
District of Nevada
JIAMIN CHEN
Assistant United States Attorney
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada  89101
702-388-6336

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> RAUL ANDREW CASAREZ, aka <br> GABRIEL ANGEL CAZAREZ, aka <br> CARLOS RAUL INGUEZ, <br><br> Defendant. | Case No.: 2:15-CR-168-KJD-VCF <br><br> STIPULATION TO EXTEND DEADLINES FOR FILING OBJECTIONS TO FINDINGS AND RECOMMENDATIONS |

      IT IS HEREBY STIPULATED AND AGREED between the parties, Daniel G. Bogden, United States Attorney for the District of Nevada, and Jiamin Chen, Assistant United States Attorney, and Rebecca Levy, counsel for defendant Raul Andrew Casarez, that the deadlines for filing objections to the Findings and Recommendations of this honorable Court and any opposition to the objections be extended for a period of seven (7) days.

      This stipulation is entered into for the following reasons:

      1.     Local Rules of Practice 3-2 states that, "[a]ny party wising to object to the findings and recommendations of a magistrate judge made pursuant to LR IB 1-4, IB 1-5, IB 1-6 and IB 1-7 shall, within fourteen (14) days from the date of service of the findings and

recommendations, file and serve specific written objections together with points and authorities in support thereof." Local Rule 3-2 further states that, "[t]he opposing party shall within fourteen (14) days thereafter file and serve points and authorities opposing the objections."

2. This honorable Court held an evidentiary hearing on Defendant's motion on October 16, 2015, and filed Findings and Recommendations on October 22, 2015.

3. The official transcript of the October 16, 2015 hearing was completed and filed on October 29, 2015, seven (7) days after the filing of the Findings and Recommendations.

4. The official transcript of the hearing is critical to formulating any objections to the Findings and Recommendations as well as the opposition to any such objections.

DANIEL G. BOGDEN
United States Attorney

Date: __10/29/2015_          ____/s/_____
                              JIAMIN CHEN
                              Assistant United States Attorney


Date: __10/29/2015_          ____/s/_____
                              REBECCA LEVY
                              Counsel for Defendant


**IT IS SO ORDERED.**

_____  _11/03/2015_____
KENT J. DAWSON, U.S. DISTRICT JUDGE

2