RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
REBECCA LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Paul_Riddle@fd.org

Attorney for RAUL ANDREW CASAREZ

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      v.<br><br>RAUL ANDREW CASAREZ<br><br>           Defendant. | Case No. 15-CR-168-KJD-VCF<br><br>STIPULATION TO EXTEND DEADLINES FOR FILING RESPONSES TO OBJECTIONS TO FINDINGS AND RECOMMENDATIONS |

IT IS HEREBY STIPULATED AND AGREED between the parties, Daniel G. Bogden, United States Attorney for the District of Nevada, and Jiamin Chen, Assistant United States Attorney, and Rebecca Levy, counsel for defendant Raul Andrew Casarez, that the deadlines for filing Response to objections to the Findings and Recommendations of this honorable Court and any opposition to the objections be extended for a period of seven (7) days.

This stipulation is entered into for the following reasons:

1. Defense counsel is scheduled to be in trial in the matter of *U.S. vs. Michael Reiger,* 2:14-cr-380-APG, for a period of time.  It is anticipated that this would hinder the ability of Mr. Casarez's counsel to thoroughly prepare in filing a response to objections by the date now scheduled.

2. The official transcript of the October 16, 2015 hearing was completed and filed on October 29, 2015, a copy of the transcripts has been ordered as of November 13, 2015.

3. The official transcript of the hearing is critical to formulating any Responses to Objections to the Findings and Recommendations as well as the opposition to any such objections.

Dated this 17th day of November, 2015.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DANIEL G. BOGDEN<br>United States Attorney |
| By: */s/ Rebecca Levy*<br>    REBECCA LEVY,<br>    Assistant Federal Public Defender | By: *s/Jiamie Chen*<br>    JIAMIE CHEN,<br>    Assistant United States Attorney |

**IT IS SO ORDERED.**

_____  11/19/2016
UNITED STATES DISTRICT JUDGE
KENT J. DAWSON