UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>RAUL ANDREW CASAREZ,<br><br>　　　　Defendant. | Case No. 2:15-cr-168-KJD-VCF<br><br>**ORDER OF DISMISSAL** |

　　　Based on the Amended Motion of the Government, and good cause appearing therefore, **IT IS ORDERED**, that pursuant to the Government's Amended Motion to Dismiss Indictment With Prejudice, and in accordance with Fed. R. Crim. P. 48(a), the Criminal Indictment filed on June 10, 2015 in the above-captioned case is hereby DISMISSED WITH PREJUDICE.

　　　DATED this __29th__ day of __March__, 2016.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HON. KENT J. DAWSON
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE